IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

SUNSET VILLA LLC,

    Plaintiff,

vs.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

**NOTICE OF REMOVAL**

    Defendant, Auto-Owners Insurance Company ("Auto-Owners"), by and through Counsel, pursuant to 28 U.S.C. §§ 1332(a) and 1441, hereby gives notice of its removal of this action from Polk County Superior Court to the United States District Court for the Western District of North Carolina, Asheville Division, on the basis of diversity jurisdiction pursuant to 28 U.S.C. §§ 1332(a) and 1441. In support of this Notice of Removal, Auto-Owners states as follows:

1. Plaintiffs commenced this action on July 9, 2025 by filing their Complaint in the Superior Court of Polk County, North Carolina, Civil Action No. 25CV00198-740.

2. Copies of the Summons and Complaint filed in the State Court action are attached hereto as Exhibits A and B respectively, and on information and belief constitute the only process, pleadings or orders served on Auto-Owners and filed to date with the State Court.

3. Plaintiffs served their Summons and Complaint on Auto-Owners via Certified Mail to Defendant's Registered Agent on July 14, 2025.

4. This Notice of Removal is timely filed within thirty days of Auto-Owner's receipt of the Summons and Complaint pursuant to 28 U.S.C. §1446(b).

5. This Court has diversity jurisdiction pursuant to 28 U.S.C. §1332(a) as this is a civil action between citizens of different states. At the time of filing, Plaintiff is a corporate entity organized and existing under the laws of the State of North Carolina with a principal place of business in North Carolina. Defendant, Auto-Owners is a corporate entity organized and existing under the laws of the State of Michigan with a principal place of business in Michigan.

6. The Complaint seeks recovery of compensatory damages, attorney's fees and other expenses, pre-judgment interest and treble damages pursuant to N.C.G.S. §75.1.1 or punitive damages. Based upon the allegations contained in the Plaintiff's Complaint and provided to Defendant prior to a Complaint being filed, Auto-Owners believes that the

Plaintiff is seeking to recover a sum in excess of $75,000.00, thereby satisfying the jurisdictional amount in controversy.

7. In accordance with 28 U.S.C §1446(d), Auto-Owners is providing copies of this Notice of Removal to the Plaintiff and a copy of this Notice of Removal is being filed with the Clerk of Superior Court for Polk County, a copy of which is attached hereto as Exhibit C.

WHEREFORE, Defendant Auto-Owners Insurance Company, hereby removes the above-captioned action from the General Court of Justice, Superior Court Division, of Polk County, North Carolina to the United States District Court for the Western District of North Carolina, Asheville Division.

This, the 13th day of August, 2025.

/s/ Jeffrey S. Bolster
Jeffrey S. Bolster
N.C. State Bar No.: 20868
Melissa R. Monroe
N.C. State Bar No.: 46272
Bolster Rogers, PC
1213 W. Morehead Street, 5th Floor
Charlotte, North Carolina 28208
Telephone:  704-347-4884
Facsimile:  704-347-1087
jbolster@bolsterrogers.com
mmonroe@bolsterrogers.com
*Attorneys for the Defendant Auto-Owners Insurance Company*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF System, which will send notification to the parties at the electronic mail addresses provided below:

Pardis Camarda Moreland
Your Insurance Attorney, PLLC
1015 Ashes Drive, Suite 100
Wilmington, NC 28405
pcm@yourinsuranceattorney.com

This, the 13th day of August, 2025.

*/s/ Jeffrey S. Bolster*
Jeffrey S. Bolster
